**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Tijuan Peake, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001271

---

**ON WRIT OF CERTIORARI**

---

Appeal from Union County
The Honorable Edgar W. Dickson, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-008
Submitted February 19, 2015 – Filed March 4, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General J. Rutledge Johnson, both of Columbia, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the circuit court's dismissal of Tijuan Peake application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**